# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| KEEPER SECURITY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-15557 |
| | ) | |
| JENSEN TECHNOLOGY, INC. d/b/a KEEPER, | ) ) | The Honorable Charles P. Kocoras |
| | ) | Magistrate Judge Beth W. Jantz |
| Defendant. | ) | |

## JOINT SCHEDULING ORDER

Plaintiff, Keeper Security, Inc. ("Keeper") and Defendant, Jensen Technology, Inc. d/b/a Keeper ("Jensen"), hereby respectfully submit the following proposed schedule that was presented to the Court today during the Initial Status Conference. The schedule is set forth as follows:

Rule 26(a)(1) Disclosures are due on **June 7, 2024.**

Status hearing set for **July 2, 2024** at 9:50 am.

Fact discovery closes on **December 20, 2024.**
(Fact discovery includes all written and fact depositions to be completed by the close of discovery. All written discovery must be served in time for the response to be served by the close of discovery).

Expert Reports for the party bearing the burden of proof are due **February 14, 2025**.

Rebuttal Expert Reports are due **March 14, 2025**.

All Expert Depositions completed by **April 21, 2025**.

_____
Charles P. Kocoras
United States District Judge

Date: April 24, 2024