**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KEEPER SECURITY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-15557 |
| | ) | |
| JENSEN TECHNOLOGY, INC. d/b/a | ) | |
| KEEPER, | ) | Honorable Charles P. Kocoras |
| | ) | Magistrate Judge Beth W. Jantz |
| Defendant. | ) | |

## JOINT MOTION TO EXTEND STATUS HEARING

Plaintiff, Keeper Security, Inc., respectfully requests the Court move the telephonic status hearing set for 9/24/2024 at 9:55 a.m. to a later date. (Dkt. 29). Counsel for Plaintiff is involved in a trial being conducted the week of September 23-27, 2024 in the case *Keeper Security, Inc. v. Keeper Tax, Inc.*, Case No. 1:23-cv-01043 (N.D. Ill.). Counsel will be unavailable to attend the hearing. Counsel will be available any time after September 27, 2024. Defendant, Jensen Technology, Inc., joins in the request.

The Court's attention to this issue is greatly appreciated.

**JOINTLY SUBMITTED:**

Dated: September 18, 2024

*/s/Dean D. Niro*
Dean D. Niro (dniro@vvnlaw.com)
Nicholas D. Niro (nniro@vvnlaw.com)
Vitale, Vickrey, Niro, Solon & Gasey LLP
311 S. Wacker Drive, Suite 2470
Chicago, IL 60606
(312) 236-0733
(312) 236-3137 Facsimile

***Attorney for Plaintiff Keeper Security, Inc.***

- 2 -

<u>/s/Krista Hosmer</u>
Krista Hosmer
DuBOIS BRYANT & CAMPBELL
303 Colorado Street, Suite 2300
Austin, TX 78701
O:(512) 457-8000
F:(512)457-8008

***Attorney for Defendant Jensen Technologies, Inc.***
